```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                        Case No. 18-04160-HWV
Roger Hugh Asper                                              Chapter 13
Sandy Lee Asper
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: DGeorge              Page 1 of 1         Date Rcvd: Aug 01, 2019
                              Form ID: trc               Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2019.
5125410          +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Credito Real USA Finance bkgroup@kmllawgroup.com
              Julie Gray Dorsett    on behalf of Debtor 2 Sandy Lee Asper dorsettlaw.bk@comcast.net,
               r50928@notify.bestcase.com
              Julie Gray Dorsett    on behalf of Debtor 1 Roger Hugh Asper dorsettlaw.bk@comcast.net,
               r50928@notify.bestcase.com
              Kathryn Leanne Mason    on behalf of Creditor    Orrstown Bank klm@jsdc.com,
               cls@jsdc.com;eaf@jsdc.com;jnr@jsdc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-04160-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Roger Hugh Asper<br>236 Shady Road<br>Newburg PA 17240 | Sandy Lee Asper<br>236 Shady Road<br>Newburg PA 17240 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/31/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: PHEAA, PO BOX 8147, HARRISBURG PA 17105 | ECMC<br>P.O. Box 16408<br>St. Paul, MN 55116-0408<br>ECMC<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/03/19

Terrence S. Miller
**CLERK OF THE COURT**