**LOCAL BANKRUPTCY FORM 2016-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE:**
Roger Hugh Asper
Sandy Lee Asper

CHAPTER 13

CASE NO. 1-18-bk-04160-HWV

**Debtor(s)**

**SUMMARY COVER SHEET
FEES AND EXPENSES APPLICATION**

a. Your applicant was appointed on n/a, based on an application filed n/a.

b. Your applicant represents debtors.

c. This application is a first interim (state whether interim or final application).

d. The total amount of compensation for which reimbursement is sought is $817.50 and is for the period from 04/04/2019 to 10/25/2019.

e. The total amount of expenses for which reimbursement is sought is $85.00 and is for the period from 04/04/2019 to 10/25/2019.

f. The dates and amounts of any retainer received are $190 on 09/04/2018.

g. The dates and amounts of withdrawals from the retainer by the Applicant are 09/30/2018.

h. The dates and amounts of previous compensation allowed are:
$4,050.00 as Presumptively Reasonable Fee.

i. The dates and amounts of previous compensation paid are:
$4,050.00 between 04/11/2019 and 06/06/2019.

j. There are/are no objections to prior fee applications of Applicant that have not been ruled upon by the Court in this bankruptcy case.

Applicant's Signature

/s/ Julie G. Dorsett

DATED: 10/29/2019