UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: | CASE NO. 1:18-bk-04160-HWV
Roger Hugh Asper |
Sandy Lee Asper |
  Debtor(s) | CHAPTER 13

## MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE NOT PREVIOUSLY CONVERTED

NOW COMES Roger Hugh Asper and Sandy Lee Asper, debtors in the above-captioned matter, and by and through their attorney, Julie G. Dorsett, respectfully move this Court to dismiss their Chapter 13 case, and in support thereof aver as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on October 1, 2018.

2. Debtors wish to dismiss their case voluntarily under 11 U.S.C. § 1307(b).

3. Debtors have not previously converted from another Chapter of the Bankruptcy Code.

WHEREFORE, Debtors pray this honorable Court dismiss the above-captioned Chapter 13 case.

Date: 2-16-20     _____
                  Roger Hugh Asper

Date: 02/16/2020  _____
                  Sandy Lee Asper

                  /s/ Julie Gray Dorsett
                  Julie Gray Dorsett
                  *Attorney for Debtors*
                  39 North Second Street
                  Chambersburg, PA 17201
                  (717) 267-2921
                  Pa. Sup. Ct. Id. No. 69294