```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 18-04160-HWV
Roger Hugh Asper                                                    Chapter 13
Sandy Lee Asper
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke             Page 1 of 1                  Date Rcvd: Feb 18, 2020
                              Form ID: pdf010             Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
db/jdb         +Roger Hugh Asper,    Sandy Lee Asper,    236 Shady Road,    Newburg, PA 17240-9393
cr             +Credito Real USA Finance,    1475 W. Cypress Creek Road,    Suite 300,
                 Ft. Lauderdale, FL 33309-1931
cr              ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
cr             +Orrstown Bank,   c/o Kathryn L. Mason, Esquire,    11 E. Chocolate Avenue,   Suite 300,
                 Hershey, PA 17033-1320
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2020 19:54:55
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Credito Real USA Finance bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    AFS ACCEPTANCE LLC bkgroup@kmllawgroup.com
              Julie Gray Dorsett    on behalf of Debtor 1 Roger Hugh Asper dorsettlaw.bk@comcast.net,
               r50928@notify.bestcase.com
              Julie Gray Dorsett    on behalf of Debtor 2 Sandy Lee Asper dorsettlaw.bk@comcast.net,
               r50928@notify.bestcase.com
              Kathryn Leanne Mason    on behalf of Creditor    Orrstown Bank klm@jsdc.com,
               cls@jsdc.com;eaf@jsdc.com;jnr@jsdc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Roger Hugh Asper

                      Debtor 1

Sandy Lee Asper

                      Debtor 2

Chapter: 13
Case No.: 1:18-bk-04160-HWV

## ORDER DISMISSING CASE

Upon consideration of the motion to dismiss filed by Debtor(s), it is hereby

ORDERED that this case is dismissed.

Dated: February 18, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (LS)

Order Dismissing Case – Revised 4/18